# Tom Green County
## District Clerk
### *Sheri Woodfin*



FILED
September 3, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

112 W Beauregard
San Angelo TX 76903

325-659-6579
Fax - 325-659-3241

September 3, 2015

Re: Order from the Third Court of Appeals in regards to Request for Appellate Record

Style: Manuel Constancio V. The State of Texas

    Trial Court Case Number: A-11-0535-S
    Court of Appeals Number: 03-14-00411-CR

Method of Delivery: Postal Mail
Date Sent: September 3, 2015

Mr. Constancio,

      Enclosed you will find, for your review, your requested copy of the appellate record, supplemental appellate record, and reporter's record. We have forwarded a copy of this letter to the Court of Appeals as well.

Sincerely,
**/S/ Paige Mershon**

Paige Mershon
Deputy District Clerk

CC: Manuel Constancio
    TDCJ # 01938566
    John Middleton Transfer Facility
    13055 FM 3522
    Abilene, TX 79601

    Third Court of Appeals at Austin, Texas
    P.O. Box 12547
    Austin, Texas 78777
    (Sent via Email)